UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMIE AND CONSUELO CHUA,<br><br>    Plaintiffs,<br><br> v.<br><br>KB HOME MORTGAGE COMPANY, et al.<br>    Defendants. | Case No. EDCV 09-1295-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Central Mortgage Company is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: August 18, 2009

                _____
                VIRGINIA A. PHILLIPS
                United States District Judge