O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMIE AND CONSUELO CHUA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KB HOME MORTGAGE COMPANY, TRUSTEE CORPS, CENTRAL MORTGAGE, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 09-1295-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against MTC Financial Inc. d/b/a Trustee Corps is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  September 3, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge